1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GHASOUB MOGHRABI,

          Plaintiff,

    v.

SKY CHEFS, INC.,

          Defendant.

Case No.  17-cv-05513-JSC

**ORDER OF DISMISSAL**

Re: Dkt. No. 31

The Court having been advised that the parties have agreed to a settlement of this case,

     IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

provided, however, that if any party hereto shall certify to this Court, within forty-five (45) days,

with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said

settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall

forthwith be restored to the calendar to be set for trial.

     IT IS SO ORDERED.

Dated: June 25, 2018

_____

JACQUELINE SCOTT CORLEY
United States Magistrate Judge